Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton, CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

RECEIVED
DEC 1 1 2013
MARTHA G. BRONITSKY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Christen Anne Schrepel<br>Debtor(s) | Chapter 13 Case Number:<br>13-44136-WJL13 |

## STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

PURSUANT to the Chapter 13 Trustee's Motion for Failure to Make Chapter 13 Plan Payments, the debtor(s) have conferred with the Trustee and the following arrangements to cure defaults have been agreed to:

SEND ADDITIONAL PAYMENT OF $150 PER MONTH FOR 18 MONTHS EFFECTIVE DECEMBER 2013, MAKING TOTAL MONTHLY PAYMENT $1,050. THIS STIPULATION WILL BRING CASE CURRENT. DEBTOR IS AWARE THAT ALL PAYMENTS NEED TO BE ON TIME AND IN THE FULL AMOUNT OR THE CASE WILL BE DISMISSED. DEBTOR'S PAYMENTS ARE DUE BY THE 25th OF EACH MONTH.

AS A CONDITION OF THIS AGREEMENT, REGULAR PAYMENTS UNDER THE DEBTOR'S PLAN ARE REQUIRED TO CONTINUE PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

THIS STIPULATION IS NOT BINDING ON ANY CREDITORS.

Dated: 12/7/13

_____
Debtor

Dated: _____

Debtor

Dated: 12-27-13

_____
Martha G. Bronitsky
Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT

In re:

Christen Anne Schrepel

Case No.: 13-44136-WJL13

Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Christen Anne Schrepel
1853 Badger Pass Way
Antioch, CA 94531

(Debtor(s))

Mark A Mclaughlin Atty
3012 Lone Tree Way #300
Antioch, CA 94509

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 27, 2013

/s/ OLGA GONZALEZ
OLGA GONZALEZ