

Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

The following constitutes the order of the court.
Signed January 7, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Christen Anne Schrepel

Debtors(s)

Chapter 13 Case Number:
13-44136-WJL13

### ORDER APPROVING
### STIPULATION ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

Upon consideration of the Stipulation and good cause appearing therefore;

IT IS ORDERED THAT the Stipulation on Trustees Motion to Dismiss for Failure to Make Chapter 13 Plan Payments filed on December 27, 2013 is approved.

END OF ORDER

# COURT SERVICE LIST

Christen Anne Schrepel
1853 Badger Pass Way
Antioch, CA  94531

(Debtor)

Mark A Mclaughlin Atty
3012 Lone Tree Way #300
Antioch, CA  94509

(Counsel for Debtor)

American Infosource/Check N Go
Po Box 248838
Oklahoma City, OK  73124-8838

Atlas Acquisitions Llc
294 Union St
Hackensack, NJ  07601

Bca Financial Services
P. O. Box 15670
Brooksville, FL  34604

Ca Emergency Physicians
1601 Cummins Drive, Suite D-03
Modesto, CA  95358-6403

Capital One Bank C/O American Infosource
Po Box 71083
Charlotte, NC  28272-1083

Capital One Bank
Attn: Bankruptcy Dept.
P. O. Box 30285
Salt Lake City, UT  84130

Check 'N Go
4540 Cooper Road, #305
Cincinnati, OH  45201

Citimortgage Inc
Po Box 6030
Sioux Falls, SD  57117-6030

Citimortgage Inc
Po Box 688971
Des Moines, IA  50368

# COURT SERVICE LIST

Credit One Bank
P. O. Box 98873
Las Vegas, NV  89193

Css Antioch - Central Storage
2199 Mokelumne Drive
Antioch, CA  94531

Eric Schrepel
1853 Badger Pass Way
Antioch, CA  94531

Galway Financial Services Llc
1290 W Spring St Se #270
Smyrna, GA  30080

Gorczyca, M.D., Ann Marie
5201 Deer Valley Road, Suite 1A
Antioch, CA  94509

Jefferson Capital Systems
Po Box 7999
Saint Cloud, MN  56302-9617

Jefferson Capital Systems
Po Box 953185
St Louis, MO  63195-3185

Lvnv Funding C/O Resurgent Cap
Po Box 10587
Greenville, SC  29603-0587

Pite Duncan Llp
4375 Jutland Dr #200
Po Box 17933
San Diego, CA  92177-0933

Premier Bankcard/Charter
Po Box 2208
Vacaville, CA  95696

Quantum3 Group Llc/Moma Funding Llc
Po Box 788
Kirkland, WA  98083-0788

Santander Consumer Usa
8585 N Stemmons Frwy #1100 N
Dallas, TX  75247

| | |
|---|---|
| 1 | COURT SERVICE LIST |

2  Santander Consumer Usa
   Po Box 560284  Bkry Dept
3  Dallas, TX  75356-0284

4  Springleaf Financial Services
   Po Box 3251
5  Evansville, IN  47731

6  Sutter Health
   3012 Summit Street, 4Th Floor
   Oakland, CA  94609
7