Arnold L. Graff (SBN 269170)
agraff@piteduncan.com
Parada K. Ornelas (SBN 272724)
pkornelas@piteduncan.com
Gina J, Kim (SBN 280994)
gjkim@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CHRISTEN ANNE SCHREPEL ,<br><br>Debtor. | Case No. 13-44136 WJL<br><br>Chapter 13<br><br>R.S. No.     GJK - 013<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**<br><br>**PROPERTY**:<br>1853 Badger Pass Way<br>Antioch, CA 94531<br><br>**Hearing**:<br>Date:        March 26, 2014<br>Time:        9:30 a.m.<br>Ctrm:        220 |

CitiMortgage, Inc. ("Movant or Creditor")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 1853 Badger Pass Way, Antioch, California 94531 ("Property").

/././

/././

- 1 -      CASE NO. 13-44136 WJL
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY AND CO-DEBTOR STAY**

| | |
|---|---|
| 1 | This Motion is based on the Notice of Motion For Relief From Automatic Stay and Co-Debtor Stay, Memorandum of Points and Authorities in Support of Motion For Relief From Automatic Stay and Co-Debtor Stay, and Declaration in Support of Motion For Relief From Automatic Stay and Co-Debtor Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing. |

PITE DUNCAN, LLP

Dated: February 26, 2014

/s/ *Gina J. Kim* (SBN 280994)
GINA J. KIM
Attorneys for Movant CitiMortgage, Inc.

- 2 -     CASE NO. 13-44136 WJL
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY AND CO-DEBTOR STAY**