Arnold L. Graff (SBN 269170)
agraff@piteduncan.com
Parada K. Ornelas (SBN 272724)
pkornelas@piteduncan.com
Gina J. Kim (SBN 280994)
gjkim@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorney for Movant
CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CHRISTEN ANNE SCHREPEL,<br><br>Debtor. | Case No. 13-44136 WJL<br><br>Chapter 13<br><br>R.S. No.     GJK - 013<br><br>**DECLARATION OF CHASTITY WILSON SUPPORTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**<br><br>**PROPERTY**:<br>1853 Badger Pass Way, Antioch, California 94531<br><br>**Hearing**:<br>Date:     March 26, 2014<br>Time:    9:30 a.m.<br>Ctrm:    220 |

I, Chastity Wilson, declare as follows:

1.  I am of sound mind, lawful age and capable of making this Declaration. The statements set forth herein are true and correct based on my personal knowledge and review of the business records described herein. I am authorized to make this Declaration on behalf of CitiMortgage, Inc. ("CitiMortgage, Inc.").

2.  I am employed by CitiMortgage, Inc. as a Vice President - Document Control. In that capacity, I am familiar with the books of account and have examined all books, records, and documents kept concerning the transaction alleged in the motion seeking relief from the

-1-                                                        CASE NO. 13-44136 WJL
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

1 automatic stay. All of these books, records, and documents are kept in the regular course of
2 business and are made at or near the time of the transaction using information transmitted by
3 persons with personal knowledge of the facts. It is the regular practice to make and keep these
4 books, records and documents. All of these books, records, and documents are managed by
5 employees or agents whose duty it is to keep the books, records, and documents accurately and
6 completely.

7     3.     My responsibilities include, but are not limited to, handling delinquent bankruptcy
8 accounts and ascertaining amounts due and payable.

9     4.     I have personal knowledge of the facts contained in this Declaration. Specifically,
10 I have reviewed and have personal knowledge of the records related to the loan account
11 associated with the certain property described as 1853 Badger Pass Way, Antioch, California
12 94531.

13     5.     CitiMortgage, Inc. is the current holder of the note as CitiMortgage, Inc.'s records
14 reflect that CitiMortgage, Inc. is in possession of the original note. A true and correct current
15 copy of the note is attached hereto as Exhibit A, and incorporated herein by reference.

16     6.     CitiMortgage, Inc. is the current holder of the Deed of Trust. A true and correct
17 copy of the Deed of Trust is attached hereto as Exhibit B and incorporated herein by reference.
18 The Deed of Trust was assigned and transferred to CitiMortgage, Inc. A true and correct copy of
19 the assignment of the Deed of Trust is attached hereto as Exhibit C and incorporated herein by
20 reference.

21     7.     Effective June 30, 2004, Flagstar Bank FSB, granted CitiMortgage, Inc. a limited
22 power of attorney, authorizing, among other things, CitiMortgage, Inc. to endorse all negotiable
23 instruments payable to Flagstar Bank FSB, and giving CitiMortgage, Inc. the right to collect,
24 accelerate, initiate suit on, and to foreclose on all Flagstar Bank FSB loans. A copy of the limited
25 power of attorney is attached hereto as Exhibit D and incorporated herein by reference.

26 /././
27 /././
28 /././

-2-                  CASE NO. 13-44136 WJL
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

8. On or about April 4, 2006, an Interspousal Transfer Grant Deed was executed and subsequently recorded on May 10, 2006, in the Contra Costa County Recorder's office whereby Eric V. Schrepel, the Original "Borrower", purported to transfer interest in the Subject Property to Borrower and Christen A. Schrepel the "Debtor" herein as a "gift," for no consideration.

9. As of January 20, 2014, there are one or more defaults in paying Debtor postpetition amounts due with respect to the note.

10. As of January 20, 2014, the principal balance owed by the Debtor to CitiMortgage, Inc. is $327,908.88, plus advances made, attorney fees, costs, other fees and charges, and interest accruing thereon in accordance with the loan documents.

11. The following chart sets forth those postpetition payments, due pursuant to the terms of the note, that have been missed by the Debtor as of January 20, 2014:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 8/1/2013 | 10/1/2013 | $1,979.57 | $452.44 | $2,432.01 | $7,296.03 |
| 3 | 11/1/2013 | 1/1/2014 | $1,979.57 | $452.52 | $2,432.09 | $7,296.27 |
| Less postpetition partial payments (suspense balance): | | | | | | ($0.00) |

Total: $14,592.30

12. As of January 20, 2014, the total postpetition arrearage/delinquency is $14,592.30, consisting of (i) the foregoing total of missed postpetition payments in the amount of $14,592.30, plus (ii) the following postpetition fees[1]:

| Description | Amount |
|---|---|
| N/A | $0.00 |

---

[1] The total of missed postpetition payments for this escrow loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, postpetition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, CitiMortgage, Inc. will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total postpetition arrearage/delinquency is qualified accordingly.

-3-  CASE NO. 13-44136 WJL

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**

13. An additional payment came due on February 1, 2014, and on the 1st day of each month thereafter until the loan is paid in full.

14. Attached as Exhibit E is a true and correct copy of the postpetition arrearage accounting reflecting all payments, credits, and other fees and costs with respect to the loan described above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of February, 2014, at Irving, Texas (city, state).

Affiant

*Chastity Wilson*
Printed name: Christy Wilson
Title: Vice President – Document Control
Date: 2/21/2014

---
CASE NO. 13-44136 WJL

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**